**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| **EE HOLDING GROUP LLC,** *Plaintiff,* v. **5A STORE, *ET AL.*,** *Defendants.* | Case No.: 1:23-cv-03130-VMC |

**PLAINTIFF'S MOTION FOR CLERK'S ENTRY OF DEFAULT
AND MEMORANDUM OF LAW IN SUPPORT**

Plaintiff EE Holding Group LLC, by and through undersigned counsel and pursuant to Rule 55 of the Federal Rules of Civil Procedure, hereby moves for entry of default by the Clerk of Court against each and every remaining Defendant (as set forth on Exhibit A) and files this memorandum of law in support.

On July 17, 2023, this Court authorized Plaintiff to serve Defendants with process by electronic means. [D.I. 9.] After obtaining email addresses from the relevant Marketplaces, Plaintiff served Defendants via email on August 3, 2023. [D.I. 15.] Answers were due twenty-one (21) days from the date of service. As of the date of this motion, none of the Defendants on Exhibit A has filed or served an Answer or otherwise appeared in this case. (Declaration of Carrie A. Hanlon, ¶ 3.)

Therefore, the clerk must enter default for each and every Defendant that has not

previously been dismissed. FED. R. CIV. P. 55(a).

WHEREFORE, Plaintiff respectfully requests the Clerk of Court enter default

against each Defendant identified on the attached Exhibit A.

Dated: September 13, 2023.

> Respectfully submitted,
> THE SLADKUS LAW GROUP
>
> *s/ Carrie A. Hanlon*
> Carrie A. Hanlon
> Ga. Bar No. 289725
> E-mail: carrie@sladlaw.com
> Jason H. Cooper
> Ga. Bar No. 778884
> E-mail: jason@sladlaw.com
>
> 1397 Carroll Drive
> Atlanta, GA 30318
> Telephone: (404) 252-0900
> Facsimile: (404) 252-0970
>
> ***Attorneys for Plaintiff***

## CERTIFICATE OF FONT & SIZE SELECTION

I certify that this paper was prepared with one of the font and point selections approved by the court in LR 5.1B, NDGa.

By:  *s/ Carrie A. Hanlon*
Carrie A. Hanlon

# EXHIBIT A
## DEFENDANTS IN DEFAULT

| |
|---|
| 5A Store |
| a7abag |
| aaabag01 |
| adal8488 |
| Adviicd Chioce |
| airyateoff |
| AJKStreetwear |
| alishop1688 |
| amazinglo-0 |
| ami_clothes |
| angelynn |
| anguagateiy |
| angxubuydhtd |
| aosh60 |
| apricateapparel01 |
| ascentmoodl0 |
| asparholdi_0 |
| B Joy |
| babyfacecloth |
| bag_luxury1555 |
| bagfactory888 |
| beijing18 |
| bestmarket01 |
| bingzhoushidemayuanwangluokejiyouxiangongsi |
| bingzhoutisaowenwangluokejiyouxiangongsi |
| binzhouqingfeifeishangmaoyouxiangongsi |
| boomer6 |
| BorzDesign |
| budhgatebuyurt |
| buy-simple |
| buyangnagate |
| buybuybuyday |
| buycanlindhtr |

| |
|---|
| buydhgates33 |
| buydhgatett |
| buydhxiyangate |
| buyocean04 |
| buyuluangate |
| buyyanyigate |
| canadanorthdsquared2 |
| chanel02 |
| charle |
| chengducongbayinmaoyiyouxiangongsi |
| chengduyanguoliuyingmaoyiyouxiangongsi |
| chn moncler company01 |
| chn_moncler_company |
| chrysanthemumsi |
| chrysanthemumze |
| cinda02 |
| clothes52 |
| clotheswholesaless |
| clothfirst |
| clothing190 |
| clothing899 |
| Clothingmari |
| clothingshop_vip1 |
| cow01 |
| czj1 |
| damai2023 |
| davidsmenswearshop02 |
| davinizrit |
| designer bag store |
| designer shop |
| designer tank top |
| designer_cloth |
| designer_clothess |
| designer_shoesclothe |
| designerBrandsweater |
| designershirt777 |

| |
|---|
| dhfashiondress |
| dhgatewang |
| dhhenchobuy |
| dhituoxigate |
| dhlanbowanshop2 |
| dhvlonee8808 |
| Dichelino |
| dodoii |
| dsfbg98 |
| dunc_7655 |
| edecbuydhtry |
| ellesses |
| EmotionAwareness |
| eric_emanuel_shorts |
| Ervkgm |
| esse_0123 |
| essential_clothing |
| essshop |
| everythingforyoubestt |
| family12 |
| famousclothes |
| fashion clothing001 |
| Fashion Tshirt Tracksuit |
| Fashionable clothes123 |
| fashionking_clothing |
| fashionstorexst01 |
| fashionstorexst02 |
| Fear of store |
| fend_fashion_clothes |
| foamrunners |
| fog_shorts |
| foshanshijiakaihaoyunmaoyiyouxiangongsi |
| foshanshiyedushaoshangmaoyouxiangongsi |
| FosterStreetwear |
| galleryclothing |
| garment_factory001 |

| |
|---|
| gateimutendh |
| gatejshgdh |
| gateyudoubuy |
| gemmi2021 |
| ghakha_78 |
| globally_01 |
| goodshoes11 |
| goose_jersey_shoes |
| GRAILS1 |
| guangzhoudongweishangmaoyouxiangongsi |
| GuangZhouZuHuiShangMaoYouXianGongSi |
| guccisweater |
| guong2146 |
| haikoushihuihanyouxuandianzishangwuzhongxin |
| haikoushijiexinmaoyiyouxiangongsi |
| haikoushikeliwendianzishangwuzhongxin/gerenduzi/ |
| Haikoushilingdianyouxuanmaoyishanghang/gerenduzi/ |
| haikoushishuaiyuehemaoyiyouxiangongsi |
| haikoushiyanwenchenmaoyishanghang/gerenduzi/ |
| Haikoushiyingyouyuanmaoyiyouxiangongsi |
| haikoushiyiruoshanmaoyishanghang/gerenduzi/ |
| hangzhouzhanlan88852 |
| hanjunxinmewe |
| haofugui |
| hashiqigod |
| Hastiri |
| hazzy |
| heic_844 |
| hepo045 |
| hk003sh |
| hkbigmegr-0 |
| hkjundetr-0 |
| hongdongyangqusangmaoyiyouxiangongsi |
| hongkongduane-0 |
| hongkongduoweic_0 |
| hongkongfuyu_0 |

| |
|---|
| hongkongjiaoerlidailych_0 |
| hongkongmulberr0 |
| hoodiecoatsjacket02 |
| houguofengkings |
| huachengbusinesstra0 |
| huafei01 |
| Huangshanhuishangtongjinchukouyouxiangongsi |
| huangying9 |
| huangzhenhua777 |
| huihu68 |
| huiyuanship-0 |
| ixi_49 |
| jerseys20082015 |
| jianjiacang |
| jio66 |
| jipinfuwa |
| jj8888-1 |
| just4urwear |
| Juventus Lee |
| keerqinquchenmengriyongpinshanghang |
| keneo |
| keychain68 |
| KissUhaapp |
| kiwf_2-4 |
| lanying01 |
| lbdshoes |
| leide666 |
| leide777 |
| lilyclothes |
| linmei0004 |
| LivingRapid |
| LK Soccer Jersey |
| lllcsh168 |
| loaferse |
| longqiaoys |
| lovel_clothing |

| |
|---|
| luggage_vip |
| luxury clothes |
| luxury_classic_desig |
| luxurygarment888 |
| luyondhbuy |
| m34_95 |
| macqueens |
| md_adios |
| men_apparel |
| Men's Hoodies |
| meta_02 |
| mikaro |
| mohaba-936 |
| monclair_shop |
| moncler_shop01 |
| mooncn |
| moott |
| mr.toy1 |
| musuo01 |
| neilstore designer clothing |
| New Jersey Store |
| nice_clothing |
| NK01 |
| nli7-4 |
| NobleNecessitie |
| oert-7 |
| offdhwhite |
| offs_store |
| one plus one |
| onestopshop977 |
| paiybuydhtiy |
| palm_angels001 |
| palm2015 |
| palmangels99 |
| palme11 |
| palms_angels |

| |
|---|
| palms_vinson |
| peanutoil |
| philipp01 |
| pianogg |
| piggyy |
| pingnanxianzhangcaiqunbaihuodian |
| pollaw_1 |
| premium_fashion |
| qinminjie503 |
| qpjjwoaini02 |
| Quality wholesale |
| quanrik81 |
| qyh-67 |
| ranclothes88 |
| rui_ceng |
| she_in |
| shoes000 |
| shopee66 |
| shuozhoushishuochengquenmingshangmaoyouxiangongsi |
| shuweiwen888 |
| sichuanfangmeiheanshangmaoyouxiangongsi |
| sichuanmayangmingweimaoyiyouxiangongsi |
| simons.soles |
| sj230326 |
| sonaxi |
| specialike |
| standbyside |
| summer_shop68 |
| sunrisecn |
| sup_super_store |
| superguyss |
| tai01 |
| tanghongeng |
| taozhuang |
| tev-1590 |
| The designer bags |

| |
|---|
| TheFashionableOutlet |
| thenorths |
| tiffanylv_002 |
| tn TN |
| Top store01 |
| top_chanel |
| topluxyclothes |
| topstoredh88 |
| toptyleshop88 |
| topyistores |
| tracksuitss |
| trapstars |
| trendsetterthreads |
| tshirt_hoodie23 |
| tshirtsoo |
| tunchangliaolishuwangluokejiyouxiangongsi |
| ulaotgatedh |
| undervivi |
| universe_01 |
| universe_02 |
| uvyf55 |
| valueclothingstore |
| versacess |
| vipbag01 |
| vlone0210 |
| vlone1220 |
| vogue cloth |
| vogueclothingstore |
| vv_clothing |
| wangxingzhi |
| weifangcanshiwangluoyouxiangongsi |
| weifangshijiewangluokejiyouxiangongsi |
| weifangxiaoxinchishangmaoyouxiangongsi |
| wisefriend777 |
| wxqing01 |
| wyomn |

| |
|---|
| xiexiela666 |
| xmxf |
| xuzhiwei5 |
| yabsera |
| yangquanguihengshangmaoyouxiangongsi |
| yangsuixian52 |
| yanronpo |
| yateroleoff |
| YingBabycare |
| yiunweanue |
| Youmi Clothing Co.Ltd |
| zcystore |
| zhangzhuqilin |
| zty003 |